DEWEY HOLDING CORPORATION, Appellant, v. ADAM KERNER, Respondent.—
Order reversed, with ten dollars costs and disbursements, and motion denied,
with ten dollars costs, with leave to defendant to answer within twenty days from
service of order upon payment of said costs. No opinion. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Burr, JJ.

GERTRUDE G. MURRY, Respondent, v. J. FREDERICK MURRY, Appellant.—
Order reversed and motion granted and the matter remitted to a referee to take
proof of defendant's resources within ten days from service of a copy of the order
to be entered therein upon the plaintiff, with notice of entry thereof. No opinion.
Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy
and Burr, JJ.

JOROCO DRESSES, INC., Appellant, v. HARRY BIRNBAUM and Others, Respond-
ents.— Order so far as appealed from affirmed, with ten dollars costs and dis-
bursements. No opinion. The date for the examination to proceed to be fixed
in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell,
McAvoy and Burr, JJ.

JOROCO DRESSES, INC., Appellant, v. HARRY BIRNBAUM and Others, Respond-
ents.— Order so far as appealed from affirmed, with ten dollars costs and dis-
bursements. The bill of particulars to be served within ten days from service of
order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and
Burr, JJ.

In the Matter of Proving the Last Will and Testament of ANNIE CLEMENT,
Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless
appellant complies with terms stated in order. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Burr, JJ.

ALEXANDER DISTLER v. SHEPPARD & MYERS, INC.— Motion to dismiss appeal
granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell,
McAvoy and Burr, JJ.

CHARLOTTE D. STEELE v. YELLOW TAXI CORPORATION.— Motion to dismiss
appeal denied on condition that appellant procure appellant's points to be filed
within fourteen days after the determination of defendant's motion for a new
trial on the ground of newly-discovered evidence. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Burr, JJ.

ARTHUR ISELIN and Others v. EDWARD E. KAUFER.— Motion to dismiss appeal
granted, with ten dollars costs, unless appellant procure record on appeal and
appellant's points to be filed so appeal can be argued on or before November
30, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE McM. GODLEY and Another, as Executors of ELIZABETH McM.
GODLEY, Deceased, v. CRANDALL & GODLEY COMPANY and Others.— Motion to
dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Burr, JJ.

WILLIAM F. COLUMBUS, as Trustee for the MANUFACTURERS TRANSIT COM-
PANY, INC., Bankrupt, v. EDGAR BLOXHAM and Another.— Motion granted, with
ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and
Burr, JJ.

SYBILLA R. POPE v. CHARLES H. POPE.— Motion to dismiss appeal granted,
with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy
and Burr, JJ.